# United States District Court
## For The Western District of North Carolina

| UNITED STATES OF AMERICA | | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| V. | | (Petty / Misdemeanor Offenses) |
| KIMBERLY BLAUVELT | FILED IN COURT ASHEVILLE, N. C. SEP 0 6 2005 U. S. DISTRICT COURT W. DIST. OF N. C. | Case Number: 2:05mj202 Jim Siemens Defendant's Attorney |

**THE DEFENDANT:**

| X | pleaded guilty to count(s) THIRTEEN |
| _ | pleaded guilty to violation(s) |
| _ | pleaded not guilty to count(s) |
| _ | pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:641 | Steal money belonging to United States | 08/27/04 | THIRTEEN |

| X | Counts(s) ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN, EIGHT, NINE, TEN, ELEVEN, TWELVE (is)(are) dismissed on the motion of the United States. |
| _ | Violation Notice(s) (is)(are) dismissed on the motion of the United States. |
| _ | Found not guilty as to: |

**IMPOSITION OF SENTENCE:** That the defendant be placed on SUPERVISED PROBATION for TWO (2) YEARS, under standing general conditions and the following SPECIAL CONDITIONS:

1. Do not possess or use any controlled substance or narcotic drug unless prescribed by a physician;
2. Submit to drug testing as required by probation officer;
3. Obtain and retain employment or maintain or commence an educational program;
4. Do not possess a firearm, destructive device, or other dangerous weapons;
5. Remain in the Western District of North Carolina unless travel is approved by the probation officer or the Court;
6. Perform FORTY-EIGHT (48) HOURS of community service and under the direction of the probation officer;
7. Allow probation officer to visit home at any given time;
8. Pay a fine in the amount of $500 and $25 assessment;
9. Make restitution in the amount of $844 to the United States Forest Service;
10. Reimburse the United States for court appointed counsel fees;
11. Ban from all federal lands except for use of main thoroughfares during the period of probation;
12. Notify the Court of any economic changes during the period of probation.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 4 WITH A CRIMINAL HISTORY LEVEL OF 0.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: September 06, 2005

_____
Signature of Judicial Officer

Date: Sept 6 2005

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal